# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Victor R. A. Ashy
Attorney at Law
1817 West University Avenue
Lafayette LA 70506

Joseph Lomax Jordan, Jr.
Attorney at Law
1817 W. University Ave.
Lafayette LA 70506


**REHEARING ACTION: March 21, 2018**


**Docket Number: 17   00439-CA**

**AARON ALLEN STALL**
**VERSUS**
**MERCURY INS. CO. OF FLORIDA, ET AL.**

**Appealed from Lafayette Parish Case No. C-20144241**


**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**
    **Hon. John E. Conery**
    **Hon. Candyce G. Perret**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Aaron Allen Stall** has this day been

    **DENIED.**
    Amy, J., would grant the rehearing.


cc: Michael Edward Hill, Counsel for the Appellant
   Tara E. Clement, Counsel for the Appellant
   Dana G. Hall, Counsel for the Appellee